UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| ANDRES FELIPE HENAO OROZCO, | ) | |
| | ) | Civil Action No. 2:25-cv-00199-SCM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMES A. DALEY, et al. | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Andres Felipe Henao Orozco, through counsel, recently filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Dkt. 1]. Orozco claims that he is being improperly detained by United States Immigration and Customs Enforcement at the Campbell County Detention Center located in Newport, Kentucky. [Dkt. 1 at 1]. Among other things, Orozco requests that this Court order his release. [Dkt. 1 at 7]. The Petition was originally filed in the Northern District of Illinois with case number 1:25-cv-14110 but was transferred to the undersigned because the Northern District of Illinois lacked jurisdiction to grant habeas relief due to Orozco's detention within the Eastern District of Kentucky. [Dkt. 5 at 1; Dkt 10 at 1; Dkt. 11 at 1].

Having reviewed Orozco's Petition pursuant to 28 U.S.C. § 2243, the undersigned concludes that further briefing is required to adjudicate his claims. Thus, the Court will require the Respondents to respond to Orozco's pleading within 14 days.[1]

Accordingly, **IT IS ORDERED** as follows:

---

[1] District Judges in this District have required responses to similar Petitions within a similar timeframe. *See Ramirez Sanchez v. Jailer Jason Maydak, et al.*, Civil Action No. 2:25-142-SCM, Dkt. 7 (Reeves, J.). Upon good cause shown, Respondents may move for a brief period of additional time to respond to Orozco's Petition.

1) The Clerk of the Court is directed to send a copy of Orozco's Petition [Dkt. 1] and this Order to both (a) the United States Attorney's Office for the Eastern District of Kentucky, and (b) James A. Daley, Jailer at the Campbell County Detention Center.

2) **Within 14 days from the entry of this Order**, the United States Attorney's Office for the Eastern District of Kentucky and James A. Daley are directed to file a response to Orozco's pleading. The response should be in the form of a memorandum addressing the factual allegations and legal claims contained in the pleading. Neither a formal motion to dismiss nor a motion for summary judgment is appropriate for these proceedings. The Respondents also should attach any relevant documentary evidence to the response brief.

3) Once the Respondents file their response(s), the Petitioner may file a reply **within 14 days**. The Court will then further consider the Petition and enter any appropriate Orders.

Signed this 3rd day of December, 2025.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky